```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 05 B 08392
   MARILYNN J NOEL
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7045

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/19/2005 and was confirmed 09/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  29.00% from remaining funds.

     The case was paid in full 06/06/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
CHRISTIE LODGE             SECURED              .00            .00            .00
AT & T UNIVERSAL CARD      UNSECURED      NOT FILED            .00            .00
CHASE                      UNSECURED      NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        6299.34            .00        1826.56
HOUSEHOLD FINANCE          UNSECURED      NOT FILED            .00            .00
ECAST SETTLEMENT CORP      UNSECURED        1894.51            .00         549.33
US EMPLOYEES CREDIT UNIO   UNSECURED        6370.95            .00        1847.32
SOURCEONE CU               UNSECURED        2955.25            .00         856.90
DAVID R HERZOG             NOTICE ONLY   NOT FILED             .00            .00
LEGAL HELPERS PC           DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                         319.89
DEBTOR REFUND              REFUND                                          300.00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  5,700.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                       5,080.11
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                              319.89
DEBTOR REFUND                                     300.00
                       ---------------       ---------------
TOTALS                   5,700.00               5,700.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 08392 MARILYNN J NOEL
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```